UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| QUASAR ENERGY GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 2:16-cv-402-NT ) |
| VGBLADS LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 28, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. Recommended Decision (ECF No. 35). The Defendants filed their objection to the Recommended Decision on August 11, 2017 (ECF No. 36). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Defendants' motion for judgment on the pleadings is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 26th day of September, 2017